IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD MINES,

    Plaintiffs,

v.

J. PIAZZA, et al.,

    Defendants.

NO. 09-1102

(JUDGE CAPUTO)

## MEMORANDUM ORDER

Presently before the Court is Plaintiff Donald Mines's Motion for Reconsideration of this Court's July 16, 2009 Order (Doc. 14) denying the motion for a Temporary Restraining Order and Temporary Injunction (Doc. 11.) Plaintiff's only argument is that this Court should consider the economic hardship caused when fines are deducted from his wages. (Doc. 18, pg. 1) Even if Plaintiff's claims that these deductions are inappropriate are true, this type of economic loss is not the type of irreparable injury which is required for a Temporary Restraining Order. *See Frank's GMC Truck Center Inc. v. General Motors Corp.*, 847 F. 2d 100, 102 (3d Cir. 1988) ("the availability of monetary damages belies a claim of irreparable injury.").

**NOW**, this 16th day of September, 2009, **IT IS HEREBY ORDERED** that the Motion for Reconsideration for Temporary Restraining Order is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge